# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2018

Stephen J. Markman,
Chief Justice

155849(55)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SHAWN LOVETO CAMERON, JR.,
          Defendant-Appellant.
_____/

SC: 155849
COA: 330876
Washtenaw CC: 13-001315-FH

      On order of the Chief Justice, the motion of the Michigan Association of Counties to participate as amicus curiae and to file a brief amicus curiae is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018



Clerk